```
 1  DWIGHT M. SAMUEL (CA BAR# 054486)
    A PROFESSIONAL CORPORATION
 2  117 J Street, Suite 202
    Sacramento, California 95814
 3  916-447-1193
 4  Attorney for Defendant                    **OK/HAV**
    LLYOD THOMPSON
 5
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR. S 05-59 DFL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| LLYOD THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, through respective counsel, and the United States of America, through Assistant U.S. Attorney Robin Taylor, agree that the Status Conference set for February 16, 2006 at 10:00 am be continued to March 2, 2006 at 10:00 am.

In addition it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4.

Respectfully submitted,


DATED: February 8, 2005            /S/_____
                                   DWIGHT M. SAMUEL
                                   Attorney for Defendant
                                   Llyod Thompson

---
1

DATED: February 8, 2006

                                      /S/
ROBIN TAYLOR
Assistant United States Attorney
(Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: 2/9/2006

                                      _____
DAVID F. LEVI
United States District Judge