1 DWIGHT M. SAMUEL (CA BAR# 054486)
  A PROFESSIONAL CORPORATION
2 117 J Street, Suite 202
  Sacramento, California 95814
3 916-447-1193                                                  **OK/HAV**

4 Attorney for Defendant
  LLYOD THOMPSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    NO. CR. S 05-59 DFL
         Plaintiff,             )
                                )
     v.                         )    STIPULATION AND ORDER
                                )
LL0YD THOMPSON,                 )
                                )
         Defendant.             )
_____  )

      Defendant, through respective counsel, and the United States of America, through Assistant U.S. Attorney Ellen Endrizzi, agree that the Status Conference set for April 6, 2006 at 10:00 am be continued to April 20, 2006 at 10:00 am.

      In addition, it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-2, T-4. Respectfully submitted,


DATED: March 30, 2005                /S/_____
                                     DWIGHT M. SAMUEL
                                     Attorney for Defendant
                                     Llyod Thompson

1

DATED: March 29, 2006

_____/S/_____
Ellen Endrizzi
Assistant United States Attorney
(Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: 3/31/2006

_____
DAVID F. LEVI
United States District Judge