```
 1  DWIGHT M. SAMUEL (CA BAR# 054486)
    A PROFESSIONAL CORPORATION
 2  117 J Street, Suite 202
    Sacramento, California 95814
 3  916-447-1193

 4  Attorney for Defendant                              OK/HAV
    LLYOD THOMPSON
 5
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR. S 05-59 DFL |
| v. | ) | STIPULATION AND ORDER |
| LLYOD THOMPSON, | ) | |
| Defendant. | ) | |

   Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Ellen Endrizzi, agree that the Status Conference set for April 20, 2006 at 10:00 am be continued to May 11, 2006 at 10:00 am.

   Both parties stipulate this motion is based upon the need for attorney preparation which is excludable time under local code T-2 ( 18 U.S.C. § 3161(h)(8)(b)(ii)). In addition, both parties stipulate that the court may continue to rule that this case is complex and time may be excluded under this theory pursuant to local rule T-4.

Respectfully submitted,


DATED: April 17, 2006             _____/s/_____
                                  DWIGHT M. SAMUEL
                                  Attorney for Defendant
                                  Llyod Thompson

---
1

DATED: April 17, 2006

                                      /s/
                                   Ellen Endrizzi
                                   Assistant United States Attorney
                                   (Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: April 21, 2006

                              /s/ David F. Levi
                                  Hon. David F Levi,
                                United States District Judge