```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LLOYD THOMPSON, <br><br> Defendant. | No. CR. S. 05-0059 DFL <br><br> **MOTION TO DISMISS THE CRIMINAL INDICTMENT FILED AGAINST DEFENDANT THOMPSON** |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a), moves to dismiss without prejudice the criminal indictment, filed on May 5, 2005, in the above-captioned action in light of the death of the co-defendant and the proof problems that development creates.

DATED: July 7, 2006

```
                                McGREGOR W. SCOTT
                                United States Attorney


                          By:   /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney
```

1

**O R D E R**

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment filed on May 5, 2005 against Lloyd Thompson be and hereby is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 7, 2006

/s/ David F. Levi
HON. DAVID F. LEVI
Chief United States District Judge